# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141774

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

HYLAND STEPHEN STERLING,
    Defendant-Appellant.

SC: 141774
COA: 297812
Kalamazoo CC: 2004-002417-FC

_____/

On order of the Court, the application for leave to appeal the August 18, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2011

_____
Clerk

d0323